IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | 1:07-cv-1101 OWW DLB PC |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND A CERTIFIED COPY OF THE PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| KATHY MENDOZA-POWER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and a copy of his trust statement for February 2007.  However, plaintiff's application to proceed in forma pauperis was not on the appropriate form.  Additionally, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement in support of his request to

proceed in forma pauperis, **or** pay the $350.00 filing fee.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

   2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

   IT IS SO ORDERED.

   Dated:  **August 17, 2007**      /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE