# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR, | CASE NO. 1:07-CV-01101-OWW DLB-P |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL DISCOVERY |
| v. | (Doc. 13) |
| KATHY MENDOZA-POWERS, et.al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2008, plaintiff filed a motion to compel discovery. (Doc. 13).

Plaintiff's request is premature. Plaintiff is advised that the court will issue a Scheduling and Discovery Order after defendants have filed an answer to plaintiff's complaint. Plaintiff has not yet submitted an amended complaint, nor notified the court that he is willing to proceed only on the claims found to be cognizable. An answer from defendants is not yet due. If and when an answer is filed, the court will issue a Scheduling and Discovery Order.

Based on the foregoing, plaintiff's motion to compel discovery, filed August 5, 2008, is denied.

IT IS SO ORDERED.

Dated:   **August 11, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE