IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | 1:07-cv-01101 OWW DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT OR NOTIFY THE COURT OF WILLINGNESS TO PROCEED ONLY ON COGNIZABLE CLAIMS |
| vs. | |
| KATHY MENDOZA-POWERS, et al., | |
| Defendants. | (DOCUMENT #12) |
| _____/ | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 1, 2008, Plaintiff filed a motion to extend time to file an amended complaint or notify the Court of his willingness to proceed only on cognizable claims pursuant to the Screening Order filed June 27, 2008 (Document #11) . Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this Order in which to file an amended complaint or notify the Court of his willingness to proceed only on cognizable claims.

IT IS SO ORDERED.

Dated:   **August 11, 2008**                           **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE