# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE | CASE NO. 1:07-cv-01101-OWW DLB PC |
| Plaintiff, | |
| v. | ORDER |
| MENDOZA-POWERS et al., | |
| Defendants . | |

Plaintiff Ralph Hawthorne ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. §1983. Plaintiff is not proceeding in forma pauperis. On October 7, 2008, this Court ordered plaintiff to complete service of the summons and complaint on defendants Mendoza-Powers and Henry.

On October 27, 2008, plaintiff filed a request for service by the United States Marshal. Plaintiff has also submitted two incomplete summons and two copies of his complaint filed July 30, 2007.

The Court shall grant plaintiff's request for service by the United States Marshal. F.R.C.P. 4(c)(3). Accordingly, it is HEREBY ORDERED that:

1    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 30, 2007.

2.    Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

|   |   |   |
|---|---|---|
| 1 |  | attached Notice of Submission of Documents and submit the completed Notice to the |
| 2 |  | Court with the following documents: |
| 3 | a. | Completed summons; |
| 4 | b. | One completed USM-285 form for each defendant listed above; and |
| 5 | c. | One (1) additional copy of the endorsed complaint filed July 30, 2007. |
| 6 | 3. | Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 10 | 4. | <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>. |

IT IS SO ORDERED.

Dated:   **November 12, 2008**                    **/s/ Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE