IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RALPH KELLY HAWTHORNE,**<br><br>Plaintiff,<br><br>v.<br><br>**KATHY MENDOZA-POWERS, et al.,**<br><br>Defendants. | Case No. 1:07-cv-01101-OWW-DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>DOCUMENT #34<br><br>DEADLINE: MARCH 12, 2009 |

Defendants' request for an extension of time to file a responsive pleading was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a thirty (30) day extension to file a responsive pleading, up to and including Wednesday, March 12, 2009.

IT IS SO ORDERED.

Dated:   **February 12, 2009**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1