# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR, | CASE NO. 1:07-cv-01101 OWW DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION TO DISMISS |
| vs. | |
| KATHY MENDOZA-POWER, et al., | |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff Ralph Kelly Hawthorne Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2009, Defendants Mendoza-Powers and Henry filed a motion to dismiss. Plaintiff has not filed an opposition or statement of non-opposition to the motion.

Plaintiff is HEREBY ORDERED to file a response to the motion within thirty (30) days of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **April 21, 2009**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1