# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | CASE NO. 1:07-CV-01101-LJO-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER AS MOOT |
| v. | (DOC. 81) |
| KATHY MENDOZA-POWER, et al., | |
| Defendants. | |

    Plaintiff Ralph Kelly Hawthorne, Jr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). This action was porceeding on Plaintiff's complaint, filed July 30, 2007, against Defendants Kathy Mendoza-Power and K. Henry for denial of Plaintiff's constitutional right of access to the courts. On March 4, 2010, the Court entered judgment in favor of Defendants and against Plaintiff. On March 24, 2010, Plaintiff filed a motion for court order, which is currently pending before the Court.

    Plaintiff moved for a court order, requesting that he be granted additional time to file objections to the Magistrate Judge's Findings and Recommendations to dismiss Plaintiff's action for failure to exhaust administrative remedies. Doc. 81. This action was recently remanded to the Court, and re-opened. Docs. 85, 87. Accordingly, Plaintiff's motion, filed March 24, 2010, is HEREBY ORDERED denied as moot.

    IT IS SO ORDERED.

Dated:  **September 19, 2011**              /s/ **Dennis L. Beck**
                                                                                                       UNITED STATES MAGISTRATE JUDGE