# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | CASE NO. 1:07-cv-01101-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS |
| v. | |
| KATHY MENDOZA-POWERS, et al., | (DOC. 102) |
| Defendants. | |

Plaintiff Ralph Kelly Hawthorne, Jr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2012, January 11, 2012, and January 31, 2012, Plaintiff filed several motions seeking an order requiring the warden of Avenal State Prison to produce documents or process certain appeals. Docs. 98, 100, 101. The Court construes the motions as motions for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 13, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fourteen days. Plaintiff filed an Objection to the Findings and Recommendations on February 23, 2012. Doc. 105.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 13, 2012, is adopted in full; and
2. Plaintiff's motions, filed January 5, 2012, January 11, 2012, and January 31, 2012, are denied.

IT IS SO ORDERED.

**Dated:   April 23, 2012**                             /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE