# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | CASE NO. 1:07-cv-01101-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS |
| v. | |
| KATHY MENDOZA-POWER, et al., | (DOC. 103, 104, 109) |
| Defendants. | |

Plaintiff Ralph Kelly Hawthorne, Jr. ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 16, 2012, and February 21, 2012, Plaintiff filed motions for the Court to order the warden of Avenal State Prison to produce Plaintiff's property. Docs. 103, 104. The motions were construed as motions for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. Plaintiff filed an Objection to the Findings and Recommendations on May 7, 2012. Doc. 110.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 23, 2012, is adopted in full; and
2. Plaintiff's motions, filed February 16, 2012 and February 21, 2012, are denied.

IT IS SO ORDERED.

**Dated:   June 5, 2012**                         /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE