# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH KELLY HAWTHORNE, JR., | CASE NO. 1:07-cv-01101-LJO-DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION |
| v. | (ECF No. 91) |
| KATHY MENDOZA-POWER, et al., | |
| Defendants. | |

Plaintiff Ralph Kelly Hawthorne, Jr., ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  On March 4, 2010, judgment was entered in favor of Defendants Kathy Mendoza-Power and K. Henry and against Plaintiff.  On March 15, 2010, Plaintiff appealed the judgment.  On August 17, 2011, the United States Court of Appeals for the Ninth Circuit reversed and remanded.   Pending before the Court is Plaintiff's motion, filed October 31, 2011, for reconsideration. ECF No. 91.  However, Plaintiff does not seek reconsideration of any specific court order, but moves for an extension of time to complete Plaintiff's application for bill of costs to the Ninth Circuit.

For the following reasons, Plaintiff's motion is denied.  First, the application is to be filed with the circuit clerk, not the district court.  Second, in the order reversing the judgment, the Ninth Circuit specifically stated, "The parties shall bear their own costs on appeal."  Thus, it

appears that Plaintiff is precluded from receiving costs, even though he was successful in his appeal.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion, filed October 31, 2011, is denied.

IT IS SO ORDERED.

Dated: **July 31, 2012**                    /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE