1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH KELLY HAWTHORNE, JR.,              1:07-cv-01101-LJO-DLB (PC)

12
           Plaintiff,                        ORDER DENYING MOTION FOR
13                                           APPOINTMENT OF COUNSEL
     v.
14
     KATHY MENDOZA-POWER, et al,             ( #121)
15
           Defendants.
16   _____/

17        On September 21, 2012, plaintiff filed a motion seeking the appointment of counsel.

18   Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v.*

19   *Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

20   represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  *Mallard v. United States District Court*

21   *for the Southern District of Iowa*, 490 U.S. 296, 298  (1989).  However, in certain exceptional

22   circumstances the court may request the voluntary assistance of counsel pursuant to section

23   1915(e)(1).  *Rand*, 113 F.3d at 1525.

24        Without a reasonable method of securing and compensating counsel, the court will seek

25   volunteer counsel only in the most serious and exceptional cases.  In determining whether

26   "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27   of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28   complexity of the legal issues involved."  *Id.* (internal quotation marks and citations omitted).

1    In the present case, Plaintiff is not proceeding in forma pauperis.  Even if Plaintiff were,

2  the Court cannot make a determination of the likelihood of success on the merits.

3    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

4  DENIED, without prejudice.

5    IT IS SO ORDERED.

6    **Dated:**    **December 12, 2012**                    _/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-